UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH  MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Chris Anderson v. Bayer Corporation, et al.* | No. 11-cv-11217-DRH |
| *Ravana Avery v. Bayer Corporation, et al.* | No. 11-cv-11259-DRH |
| *Elrinda Bailey v. Bayer Corporation, et al.* | No. 11-cv-11260-DRH |
| *Jocelyn Bell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11863-DRH |
| *Leah Coleman v. Bayer Corporation, et al.* | No. 10-cv-10185-DRH |
| *La Shawnda Durham v. Bayer Corporation, et al.* | No. 11-cv-11408-DRH |
| *Amanda Ensman v. Bayer Corporation, et al.* | No. 10-cv-11893-DRH |
| *Shari Holzknecht v. Bayer Corporation, et al.* | No. 10-cv-11726-DRH |
| *Tania Kassaii v. Bayer Corporation, et al.* | No. 10-cv-10066-DRH |
| *Kaleena Katon v. Bayer Corporation, et al.* | No. 10-cv-10425-DRH |
| *Alexandra Leonard v. Bayer Corporation, et al.* | No. 11-cv-11535-DRH |
| *Michelle Lewis v. Bayer Corporation, et al.* | No. 10-cv-12692-DRH |
| *Jeanette Lowery v. Bayer Corporation, et al.* | No. 11-cv-11541-DRH |
| *Siobhan McGee v. Bayer Corporation, et al.* | No. 11-cv-12797-DRH |
| *Mary E. Moore v. Bayer Corporation, et al.* | No. 10-cv-11725-DRH |
| *Donna Nolan v. Bayer Corporation, et al.* | No. 11-cv-11459-DRH |
| *Molly Petro v. Bayer Corporation, et al.* | No. 10-cv-10166-DRH |
| *Helia Pixos v. Bayer Corporation, et al.* | No. 10-cv-13273-DRH |

| | |
|---|---|
| *Jessica Santiago v. Bayer Corporation, et al.* | No. 11-cv-12185-DRH |
| *Arianne Sizemore v. Bayer Corporation, et al.* | No. 11-cv-11623-DRH |
| *Amanda Smith v. Bayer Corporation, et al.* | No. 10-cv-12737-DRH |
| *Rachel Werth v. Bayer Corporation, et al.* | No. 11-cv-12179-DRH |
| *Lisa Whitley v. Bayer Corporation, et al.* | No. 10-cv-12747-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 10, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
        Deputy Clerk

**Dated:** July 10, 2014

Digitally signed by David R. Herndon
Date: 2014.07.10 14:34:20 -05'00'

**APPROVED:**
       **CHIEF JUDGE**
       **U. S. DISTRICT COURT**

2